# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MONIQUE O. KITTS

NO. 2021 KW 0945

**OCTOBER 18, 2021**

---

In Re:     Monique O. Kitts, applying for supervisory writs, 18th
           Judicial District Court, Parish of West Baton Rouge,
           No. 130500.

---

**BEFORE:     LANIER, WOLFE, AND BURRIS,[1] JJ.**

**WRIT DENIED.**

                              **WIL**
                              **EW**
                              **WJB**

COURT OF APPEAL, FIRST CIRCUIT

_(signature)_

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving _pro tempore_ by special
appointment of the Louisiana Supreme Court.